# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 6:20CR4-3 |
| | ) | |
| CLARENCE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

IT IS ORDERED that all motions filed on behalf of the defendant, Clarence Johnson, are DISMISSED.

SO ORDERED, this 2nd day of March 2020.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA